JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JAVONE LAMAR BROWN,

          Petitioner,

         v.

CHRISTIAN PFEIFFER, Warden,

         Respondent.

Case No.  CV 17-02181-DMG (KES)

**JUDGMENT**

    Pursuant to the Court's Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

    IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: March 24, 2017

_____

KAREN E. SCOTT
United States Magistrate Judge